

NUMBER 13-08-00363-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE LANAYE JULIAN

On Petition for Writ of Mandamus

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Vela
Per Curiam Memorandum Opinion[1]

Relator, Lanaye Julian, filed a petition for writ of mandamus and an emergency motion to stay the underlying proceedings in the above cause on June 5, 2008, contending that the trial court abused its discretion in granting a motion for protective order filed by the real party in interest, Maurice Julian. That same day, this Court granted the motion for emergency stay and ordered all proceedings in the trial court stayed. The Court requested

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

that the real party in interest, Maurice Julian, by and through counsel, file a response to relators' petition for writ of mandamus on or before June 16, 2008, and his response has been filed herein.

The Court, having examined and fully considered the petition for writ of mandamus and response thereto, is of the opinion that relator has not shown herself entitled to the relief sought. Accordingly, the stay previously imposed by this Court is LIFTED. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The petition for writ of mandamus is DENIED. *See id.* 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 19th day of June, 2008.